# IN THE SUPREME COURT OF THE STATE OF NEVADA

NUVEDA, LLC, A NEVADA LIMITED
LIABILITY COMPANY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
MARK R. DENTON, DISTRICT JUDGE,
Respondents,
and
DOTAN Y. MELECH, RECEIVER FOR
CWNEVADA, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
Real Party in Interest.

No. 79847

FILED

DEC 12 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION FOR
## WRIT OF MANDAMUS OR PROHIBITION

This original petition for a writ of mandamus or prohibition challenges a district court order regarding an objection to a peremptory challenge in a receivership case. Having considered the petition and appendix filed in this matter, we are not convinced that our extraordinary and discretionary intervention is warranted. *See* NRS 34.160; NRS 34.320; *Halverson v. Miller*, 124 Nev. 484, 487, 186 P.3d 893, 896 (2008) (recognizing that the decision to issue a writ of mandamus or prohibition "is

19-50424

solely within this court's discretion" and that petitioner bears the burden to establish that such extraordinary relief is appropriate). We therefore

ORDER the petition DENIED.[1]

_____, C.J.
Gibbons

_____, J.
Cadish

_____, Sr. J.
Douglas

cc:    Law Office of Mitchell Stipp
       Holley, Driggs, Walch, Fine, Puzey, Stein, Thompson/Las Vegas
       Eighth District Court Clerk

---

[1]The Honorable Michael Douglas, Senior Justice, participated in the decision of this matter under a general order of assignment.